■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT WALTERS, on Behalf of JOHN NUNEZ, Petitioner, v COMMISSIONER

OF NEW YORK CITY DEPARTMENT OF CORRECTIONS et al., Respondents. [26 NYS3d 710]—Writ of habeas corpus in the nature of an application to reduce bail upon Kings County indictment No. 8813/14.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the Supreme Court, Kings County, did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger*, 25 NY2d 497, 499 [1969]; *see People ex rel. Rosenthal v Wolfson*, 48 NY2d 230 [1979]). Mastro, J.P., Leventhal, Sgroi and Miller, JJ., concur.